[No. 29175-4-II.  Division Two.  November 13, 2003.]

*In the Matter of the Custody of* A.D.J.

DALE W. WITT, ET AL., *Respondents*, v. NICOLE MARIE DILLON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-3-00866-5, Roger A. Bennett, J., entered August 2, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 29177-1-II.  Division Two.  November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. K.B., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-8-00151-3, H. John Hall, J., entered July 16, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 29291-2-II.  Division Two.  November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHID ABDUL JABBAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02082-0, Katherine M. Stolz and Kathryn J. Nelson, JJ., entered August 28, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 29378-1-II.  Division Two.  November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO RAMIREZ-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02800-4, Marywave Van Deren, J., entered September 20, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.